**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DOLORES LOPEZ-GARCIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOLORES LOPEZ-GARCIA,<br><br>Defendant. | Case No.: 1:17-CR-00034 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **December 4, 2017**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>Hon. Lawrence J. O'Neill |

**TO:  THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

Defendant, DOLORES LOPEZ-GARCIA, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Ross Pearson, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 4, 2017, at 8:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **December 11, 2017, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on August 14, 2017.

b. Parties need additional time to continue ongoing negotiations.

c. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 29, 2017    By: */s/Ross Pearson*
ROSS PEARSON
Assistant United States Attorney


DATED: November 29, 2017    By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant DOLORES LOPEZ-GARCIA

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for December 4, 2017, at 8:30 a.m. is continued to **December 11, 2017, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:    **November 30, 2017**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE